UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

versus

ROBERT IVORY LEVY

MISC. ACTION

NO. 11-59-BAJ-DLD

Louisiana State Employee's Retirement System
Garnishee

# GARNISHMENT ORDER

A Motion for Entry of Garnishment Order And Request for Setting of Hearing under 28 U.S.C. § 3205(c)(5) having been filed by the United States (doc. 4); the Court having issued its September 26, 2011 Order (doc. 5) requiring Defendant Robert Ivory Levy to file with the Court within thirty (30) days of such Order written responses to the United States' assertion in its motion that 1) the LASERS pension plan account in Defendant's name is not exempt from seizure under 18 U.S.C. § 3613(a), and that 2) LASERS should be ordered to pay, under garnishment, to the United States the full cash-out value of Defendant's contributions to the plan and, thereafter, 25% of all future payments due and payable from LASERS to Defendant, if any, under the terms of Defendant's pension plan; the Court being cognizant of the fact that Defendant has filed no written response to the government's arguments and that the thirty (30) day deadline to file such written response has elapsed; and the Court having considered the authorities put forward by the United States in favor of the Court's entry of a garnishment order as prayed for and having found such authorities fully supportive of the granting of the United States' motion:

The United States' Motion for Entry of Garnishment Order (doc. 4) is hereby **GRANTED**; and

**IT IS ORDERED** that Garnishee, Louisiana State Employees' Retirement System (or LASERS) immediately pay over in garnishment to the United States the full cash-out amount of Defendant's pension plan (quantified in the Garnishee's Answer (doc. 3) as being in the amount of $72,402.18), together with 25% of all future payments due and payable from LASERS to Defendant, if any, under the terms of Defendant's pension plan.

**IT IS FURTHER ORDERED** that all such payments from LASERS required by this Order be delivered by U.S. Mail to the United States Clerk of Court for the Middle District of Louisiana, attn: Financial Clerk, 777 Florida Street, Suite 208, Baton Rouge, Louisiana, and that the Clerk apply such payments to the criminal restitution owed by Defendant as set forth in the Judgment in a Criminal Case, dated March 16, 2011, issued in the criminal action entitled "United States of America v. Robert Ivory Levy", Criminal Action No. 08-151-002, United States District Court for the Middle District of Louisiana.

Baton Rouge, Louisiana, November 30, 2011.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA